■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER H. LEONARD, Appellant.—Judgment unanimously affirmed, without prejudice to making application pursuant to section 60.09 of the Penal Law. (Appeal from judgment of Monroe County Court—criminal possession of controlled substance, third degree.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Callahan and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE CURTIS WALKER, Appellant.—Judgment insofar as it imposes sentence unanimously modified as a matter of discretion to reduce the maximum to three years, and otherwise judgment affirmed. (Appeal from judgment of Erie Supreme Court—robbery, third degree.) Present—Simons, J. P., Schnepp, Callahan, Doerr and Witmer, JJ.